JS-6

OFFICE OF THE CITY ATTORNEY
ROBERT E. SHANNON, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH,<br><br>        Defendant. | Case No.: CV11-04786 AHM(MRWx)<br><br>**JUDGMENT** |

The Court enters judgment in accordance with the terms in the attached [Proposed] Order Re Motion for Summary Judgment.

DATED: December 27, 2012

By: _____
Honorable A. Howard Matz
Judge of the United States District Court

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DAVIS, | Case No.: CV11-04786 |
| Plaintiff, | Honorable A. Howard Matz<br>Courtroom 14 |
| vs. | **[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT** |
| CITY OF LONG BEACH, | |
| Defendant. | |
| | Complaint Filed: June 14, 2011 |

This action came on for hearing before the Court on December 3, 2012, Hon. A. Howard Matz, District Judge Presiding, on a Motion for Summary Judgment, pursuant to Federal Rules of Civil Procedure 56, as to all counts of the First Amended Complaint. Appearances for the parties were made by Barry M. Meyers, Senior Deputy City Attorney, for defendant CITY OF LONG BEACH and Edwin Pairvai, Esq. for plaintiff, Melvin Davis.

The Court has reviewed and considered the moving papers, the Separate Statement of Uncontroverted Facts and Supporting Evidence, the Declarations and deposition transcripts lodged in support of the motion, the plaintiff's opposition to the motion and supporting evidence and the defendant's reply. The Court has also considered oral argument of counsel.

1  Following the Court's review of the papers in support and in opposition
2  to the motion, the Court finds that there exists no triable issue of material fact
3  requiring the weighing process of a jury.  The Court further finds, based on the legal
4  authority cited in the moving papers, that the defendants is entitled to a judgment, as
5  a matter of law, in its favor and against the plaintiff, to all causes of action.
6  GOOD CAUSE APPEARING therefore, the defendant's motion for
7  summary judgment is GRANTED, and that Judgment shall be entered in its favor.
8  It is further ordered that City Of Long Beach recover its costs as the prevailing
9  party.

DATED:

By: _____
    Honorable A. Howard Matz
    Judge of the United States District Court

**[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT**